UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DANIEL CATANEO,

    Plaintiff,

-against-

SELENE FINANCE, LP.

    Defendant.

Civil Case Number: 2:23-cv-3297

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Benjamin J. Wolf, Esq., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, does hereby withdraw this action with prejudice against SELENE FINANCE, L.P

Dated: March 15, 2024

        /s/ Benjamin J. Wolf
        Benjamin J. Wolf, Esq.
        JONES, WOLF & KAPASI, LLC
        375 Passaic Avenue, Suite 100
        Fairfield, New Jersey 07004
        (973) 227 5900 telephone
        (973) 244 0019 facsimile
        bwolf@legaljones.com
        *Attorney for Plaintiff*

SO ORDERED.

/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: March 18, 2024